**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**HELENA DIVISION**

DEVERICK SCOTT                                                                                          PLAINTIFF
ADC #131042

V.                                              NO: 2:12CV00090 BSM/HDY

RAY HOBBS *et al.*                                                                                   DEFENDANTS

## ORDER

Plaintiff filed an amended complaint on June 5, 2012, alleging Defendants Ray Hobbs, Larry May, D. Burl, Lane, Claudia Harris, and T. Smith violated his constitutional rights in connection with two June 18, 2011, disciplinary charges and his subsequent punitive confinement. Liberally construing Plaintiff's amended complaint, he has stated a claim for relief against Defendants Hobbs, May, Burl, Lane, Harris, and Smith, and service is appropriate for them. The Clerk of the Court is directed to prepare a summons for said Defendants, and the United States Marshal is directed to serve a copy of the amended complaint (docket entry #7), this order, and summons on them, without prepayment of fees and costs or security therefor.

IT IS SO ORDERED this   12   day of June, 2012.

_____
UNITED STATES MAGISTRATE JUDGE