# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# HELENA DIVISION

**DEVERICK SCOTT**                                                                         **PLAINTIFF**
**ADC #131042**

v.                **CASE NO. 2:12CV00090 BSM/HDY**

**RAY HOBBS, et al.**                                                           **DEFENDANTS**

## ORDER

The proposed findings and recommended partial disposition submitted by United States Magistrate Judge H. David Young have been reviewed. No objections were filed. After carefully considering these documents and making a *de novo* review of the record, it is concluded that the proposed findings and recommended partial disposition should be, and hereby are, approved and adopted in their entirety in all respects.

IT IS THEREFORE ORDERED that:

1. All of Scott's claims not related to the June 18, 2011 disciplinary charges and subsequent confinement be DISMISSED WITHOUT PREJUDICE.

2. Scott's claims against all defendants other than Ray Hobbs, Larry May, D. Burl, Lane, Claudia Harris, and T. Smith be DISMISSED WITHOUT PREJUDICE, and the names of all other defendants be removed as party defendants.

Dated this 16th day of July 2012.

                                                                  /s/ Brian S. Miller
                                                          UNITED STATES DISTRICT JUDGE