IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

**DEVERICK SCOTT**  **PETITIONER**
**ADC #131042**

**2:12CV00090 BSM/HDY**

**RAY HOBBS**  **RESPONDENT**
**Director, Arkansas**
**Department of Correction**

## ORDER

The proposed findings and partial recommended disposition [Doc. No. 33] submitted by United States Magistrate Judge H. David Young have been reviewed. No objections have been filed. After careful consideration and a *de novo* review of the record, it is concluded that the proposed findings and partial recommended disposition should be, and hereby are, approved and adopted in their entirety in all respects.

IT IS THEREFORE ORDERED that:

1. Plaintiff Deverick Scott's motion for a preliminary injunction [Doc. No. 13] is denied.

2. It is certified, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this order would not be taken in good faith.

Dated this 28th day of September 2012.

_____
UNITED STATES DISTRICT JUDGE