**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**EASTERN DIVISION**

**DEVERICK SCOTT** **PLAINTIFF**
**ADC #131042**

v. **CASE NO. 2:12CV00090 BSM/HDY**

**RAY HOBBS,** *et al.* **DEFENDANTS**

**ORDER**

The proposed findings and partial recommended disposition [Doc. No. 35] submitted by United States Magistrate Judge H. David Young have been reviewed. No objections have been filed. After careful consideration and a *de novo* review of the record, it is concluded that the proposed findings and partial recommended disposition should be, and hereby are, approved and adopted in their entirety.

IT IS THEREFORE ORDERED THAT:

1. Plaintiff Deverick Scott's motion for summary judgment [Doc. No. 29] is denied.

2. It is certified that an *in forma pauperis* appeal taken from this order is considered frivolous and not in good faith.

Dated this 22nd day of October 2012.

_____
UNITED STATES DISTRICT JUDGE