**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**EASTERN DIVISION**

**DEVERICK SCOTT**                                                                      **PLAINTIFF**
**ADC #131042**

v.                              **CASE NO. 2:12CV00090 BSM**

**RAY HOBBS,** *et al.*                                                                  **DEFENDANTS**

## ORDER

The proposed findings and recommended disposition [Doc. No. 88] submitted by United States Magistrate Judge H. David Young have been reviewed. No objections have been filed. After careful consideration and a *de novo* review of the record, it is concluded that the proposed findings and partial recommended disposition should be, and hereby are, approved and adopted in their entirety.

IT IS THEREFORE ORDERED THAT:

1. Defendants' motion for summary judgment [Doc. No. 75) is granted, and this case is dismissed with prejudice.

2. All pending motions are denied as moot.

2. It is certified that an *in forma pauperis* appeal taken from this order and the accompanying judgment is considered frivolous and not in good faith.

Dated this 11th day of June 2013.

                                                                    /s/ Brian S. Miller
                                                          UNITED STATES DISTRICT JUDGE